NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADAEZE NWOSU,**

*Plaintiff-Appellant*

**v.**

**MAGDALIT BOLDUC, Ms; Nun, The Catholic Community of the Beatitudes, LUC VALLIANT, Mr.; Pastor, St Catherine of Siena Catholic Church, THE ARCHDIOCESE OF DENVER, dba Registered Agent Archdiocese Of Denver Management Corporation, THE CATHOLIC COMMUNITY OF THE BEATITUDES, dba Registered Agent The Catholic Community Of The Beatitudes, APOLISTIC NUNCIATURE, UNITED STATES OF AMERICA, aka His Eminence Chrisophe Cardinal Pierre, 206 TOURS, INC., and John Doe Defendants,**

*Defendants-Appellees*

---

2025-1977

---

Appeal from the United States District Court for the District of Colorado in No. 1:24-cv-02578-NYW-TPO, Judge Nina Y. Wang.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

In response to this court's August 18, 2025 show cause order, Adaeze Nwosu argues that this court has jurisdiction over her appeal. The appellees have not responded.

Ms. Nwosu appeals from the district court's July 24, 2025 order in this matter involving discrimination, contract, and negligence claims. The notice of appeal was sent to the United States Court of Appeals for the Tenth Circuit, which dismissed for lack of prosecution on August 20, 2025, after Ms. Nwosu failed to respond to its order to show cause why the appeal should not be dismissed for lack of an appealable final decision. In her filings before this court, Ms. Nwosu appears to seek this court's review of the district court decision as well as the Tenth Circuit's dismissal.

This court's jurisdiction to review decisions of federal district courts is generally limited to appeals arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2). This appeal does not fall within any of those categories, and this court lacks jurisdiction over a decision of a regional circuit. Thus, we dismiss the appeal.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  All pending motions are denied.

NWOSU v. BOLDUC                                                          3

(3)  Each side shall bear its own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

October 21, 2025
Date